**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIE WALKER**                                                                                   **PLAINTIFF**

**v.**                               **Case No. 4:18-cv-00571-LPR**

**EJ'S CLEANING SERVICES INC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on May 18, 2020, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 18th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE